209 F.2d 955
 George L. VISCONTE, Plaintiff-Appellant,
v.
NEW YORK CENTRAL RAILROAD COMPANY, Defendant-Appellee.
 No. 172, Docket 22945.
 United States Court of Appeals
Second Circuit.
 Argued Feb. 11, 1954.
Decided Feb. 11, 1954.
 
 Mervin Morehouse, Rochester, N.Y., for plaintiff-appellant.
 Harris, Beach, Keating, Wilcox & Dale, Rochester, N.Y., (Charles S. Wilcox, Rochester, N.Y., of counsel) for defendant-appellee.
 Before CHASE, Chief Judge, and L. HAND and MEDIAN, Circuit Judges.
 PER CURIAM.
 
 
 1
 Judgment affirmed in open court.